Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−15062−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Arnold
   9 Rdigeview Lane
   Mt. Arlington, NJ 07856

Social Security No.:
   xxx−xx−0554

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 23, 2023.

Dated: August 23, 2023
JAN: ldd

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-15062-SLM |
| Michael Arnold | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 23, 2023 | Form ID: plncf13 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Arnold, 9 Rdigeview Lane, Mt. Arlington, NJ 07856-2317 |
| 519941890 | + | Capital One, 8050 Dominion Parkway, Plano, TX 75024-0100 |
| 519941893 | | Colonial Savings, PO BOX 650895, Dallas, TX 75265-0895 |
| 519942010 | + | Nacie Arnold, 9 Ridgeview Lane, Mount Arlington, NJ 07856-2317 |
| 519941895 | + | Prosper, PO BOX 886081, Los Angeles, CA 90088-6081 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 23 2023 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 23 2023 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 23 2023 20:45:14 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 519941888 | + | Email/PDF: bncnotices@becket-lee.com | Aug 23 2023 20:44:33 | American Express, PO BOX 1270, Newark, NJ 07101-1270 |
| 519941889 | + | Email/Text: bkfilings@zwickerpc.com | Aug 23 2023 20:31:00 | American Express National Bank, c/o Zwicker & Assoc, 1020 Laurel Oak Road, Voorhees, NJ 08043-3518 |
| 519955399 | + | Email/Text: bkfilings@zwickerpc.com | Aug 23 2023 20:31:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519941891 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2023 20:45:48 | Capital One, PO Box 4069, Carol Stream, IL 60197-4069 |
| 519949027 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 23 2023 20:45:58 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519956640 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 23 2023 20:45:45 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519952533 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2023 20:44:54 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520001225 | + | Email/Text: bankruptcydesk@colonialsavings.com | Aug 23 2023 20:31:00 | Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 519947795 | | Email/Text: mrdiscen@discover.com | Aug 23 2023 20:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519941894 | + | Email/Text: mrdiscen@discover.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 23 2023 20:30:00 | Discover Card, PO BOX 70176, Philadelphia, PA 19176-0176 |
| 519941892 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 23 2023 20:45:31 | Chase Card Services, P.O. Box 6294, Carol Stream, IL 60197 |
| 519971597 | + | Email/Text: RASEBN@raslg.com | Aug 23 2023 20:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519941896 | + | Email/Text: LCI@upstart.com | Aug 23 2023 20:31:00 | Upstart, PO BOX 1503, San Carlos, CA 94070-7503 |
| 519948457 | ^ | MEBN | Aug 23 2023 20:29:45 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ira A. Cohen | on behalf of Debtor Michael Arnold iaclo3155@optonline.net iaclo@aol.com;susan3155@optonline.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3