IRA A. COHEN
3155 ROUTE 10
SUITE 211
DENVILLE, NJ  07834

Re:  MICHAEL ARNOLD
9 RDIGEVIEW LANE
MT. ARLINGTON,  NJ  07856

Atty:  IRA A. COHEN
3155 ROUTE 10
SUITE 211
DENVILLE, NJ  07834

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 23-15062

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $32,605.80**

## RECEIPTS AS OF 01/01/2024   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/03/2023 | $543.43 | 6776802403 | 08/08/2023 | $543.43 | |
| 09/11/2023 | $543.43 | | 10/10/2023 | $543.43 | |
| 11/08/2023 | $543.43 | | 12/08/2023 | $543.43 | |

**Total Receipts: $3,260.58  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $3,260.58**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | 12/11/2023 | $20.00 | 920,529 | | | |
| COLONIAL SAVINGS FA | 12/11/2023 | $292.23 | 920,123 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 279.84 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,700.00 | 100.00% | 2,700.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK, A | UNSECURED | 31,064.12 | * | 0.00 | |
| 0003 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 20.00 | 100.00% | 20.00 | |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,249.89 | * | 0.00 | |
| 0005 | JPMORGAN CHASE BANK NA | UNSECURED | 15,892.14 | * | 0.00 | |
| 0006 | COLONIAL SAVINGS FA | (NEW) Prepetition | 292.23 | 100.00% | 292.23 | |
| 0007 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 11,630.45 | * | 0.00 | |
| 0008 | PROSPER | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | UPSTART NETWORK INC. | UNSECURED | 43,942.84 | * | 0.00 | |

**Total Paid: $3,292.07**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $3,260.58     -     Paid to Claims: $312.23     -     Admin Costs Paid: $2,979.84     =     Funds on Hand: $511.94

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.