IRA A. COHEN
3155 ROUTE 10
SUITE 211
DENVILLE, NJ  07834

Re:  MICHAEL ARNOLD
9 RDIGEVIEW LANE
MT. ARLINGTON,  NJ  07856

Atty:  IRA A. COHEN
3155 ROUTE 10
SUITE 211
DENVILLE, NJ  07834

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 23-15062

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $32,605.80**

## RECEIPTS AS OF 01/01/2025    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/03/2023 | $543.43 | 6776802403 | 08/08/2023 | $543.43 | |
| 09/11/2023 | $543.43 | | 10/10/2023 | $543.43 | |
| 11/08/2023 | $543.43 | | 12/08/2023 | $543.43 | |
| 01/09/2024 | $543.43 | | 02/08/2024 | $543.43 | |
| 03/08/2024 | $543.43 | | 04/08/2024 | $543.43 | |
| 05/08/2024 | $543.43 | | 06/10/2024 | $543.43 | |
| 07/09/2024 | $543.43 | | 08/08/2024 | $543.43 | |
| 09/10/2024 | $543.43 | | 10/08/2024 | $543.43 | |
| 11/08/2024 | $543.43 | | 12/09/2024 | $543.43 | |

**Total Receipts: $9,781.74  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan:  $9,781.74**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK, AENB | | | | | | |
| | 04/15/2024 | $596.44 | 926,086 | 05/10/2024 | $148.23 | 927,568 |
| | 06/17/2024 | $148.23 | 928,967 | 07/15/2024 | $153.06 | 930,457 |
| | 08/19/2024 | $153.06 | 931,865 | 09/16/2024 | $153.06 | 933,330 |
| | 10/21/2024 | $151.34 | 934,728 | 11/18/2024 | $151.44 | 936,209 |
| | 12/16/2024 | $151.61 | 937,594 | | | |
| CAPITAL ONE AUTO FINANCE | | | | | | |
| | 12/11/2023 | $20.00 | 920,529 | | | |
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 04/15/2024 | $43.21 | 926,160 | 05/10/2024 | $10.71 | 927,631 |
| | 06/17/2024 | $10.74 | 929,034 | 07/15/2024 | $11.09 | 930,518 |
| | 08/19/2024 | $11.09 | 931,933 | 09/16/2024 | $11.09 | 933,393 |
| | 10/21/2024 | $10.96 | 934,795 | 11/18/2024 | $10.97 | 936,275 |
| | 12/16/2024 | $10.97 | 937,662 | | | |

**Chapter 13 Case # 23-15062**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| COLONIAL SAVINGS FA | | | | | | |
| | 12/11/2023 | $292.23 | 920,123 | | | |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | |
| | 04/15/2024 | $223.31 | 926,267 | 05/10/2024 | $55.50 | 927,739 |
| | 06/17/2024 | $55.50 | 929,152 | 07/15/2024 | $57.30 | 930,617 |
| | 08/19/2024 | $57.30 | 932,044 | 09/16/2024 | $57.30 | 933,494 |
| | 10/21/2024 | $56.72 | 934,903 | 11/18/2024 | $56.70 | 936,382 |
| | 12/16/2024 | $56.67 | 937,760 | | | |
| JPMORGAN CHASE BANK NA | | | | | | |
| | 04/15/2024 | $305.14 | 925,835 | 05/10/2024 | $75.83 | 927,328 |
| | 06/17/2024 | $75.83 | 928,700 | 07/15/2024 | $78.30 | 930,202 |
| | 08/19/2024 | $78.30 | 931,599 | 09/16/2024 | $78.30 | 933,085 |
| | 10/21/2024 | $77.50 | 934,443 | 11/18/2024 | $77.48 | 935,934 |
| | 12/16/2024 | $77.44 | 937,313 | | | |
| UPSTART NETWORK INC. | | | | | | |
| | 04/15/2024 | $843.72 | 927,015 | 05/10/2024 | $209.68 | 928,394 |
| | 06/17/2024 | $209.68 | 929,911 | 07/15/2024 | $216.51 | 931,280 |
| | 08/19/2024 | $216.51 | 932,793 | 09/16/2024 | $216.51 | 934,147 |
| | 10/21/2024 | $214.30 | 935,661 | 11/18/2024 | $214.23 | 937,061 |
| | 12/16/2024 | $214.13 | 938,481 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 709.13 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,700.00 | 100.00% | 2,700.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK, A | UNSECURED | 31,064.12 | * | 1,957.91 | |
| 0003 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 20.00 | 100.00% | 20.00 | |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,249.89 | * | 141.80 | |
| 0005 | JPMORGAN CHASE BANK NA | UNSECURED | 15,892.14 | * | 1,001.60 | |
| 0006 | COLONIAL SAVINGS FA | (NEW) Prepetition A | 292.23 | 100.00% | 292.23 | |
| 0007 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 11,630.45 | * | 733.00 | |
| 0008 | PROSPER | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | UPSTART NETWORK INC. | UNSECURED | 43,942.84 | * | 2,769.50 | |

**Total Paid:  $10,325.17**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $9,781.74    -    Paid to Claims: $6,916.04    -    Admin Costs Paid: $3,409.13    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.