Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

Order Filed on October 27, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Michael Arnold, | Case No. 23-15062-SLM |
| Debtor. | Judge: Stacey L. Meisel |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

ORDERED

**DATED: October 27, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor:            Michael Arnold
Case No.:          23-15062-SLM
Caption of Order:  **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

---

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay filed by a division of Capital One, N.A. a division of Capital One, N.A. ("Movant"), and Michael Arnold ("Debtor") having filed opposition thereto, with respect to the property known as 2018 Toyota RAV4 Utility 4D LE AWD 2.5L I4 Hybrid, VIN: JTMRJREV3JD241588 ("Collateral"), as follows and have consented to the entry of the within Order, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtors is now post-petition current and is due for the October 15, 2025 post-petition monthly payment in the amount of $350.92.

2. Debtor shall resume post-petition payments to be paid timely and in full with the October 15, 2025 payment.

3. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the Collateral.

4. Debtor shall pay attorney fees and costs for the motion for relief in the amount of $649.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLP
Attorney for the Secured Creditor

By: /s/ Laura Egerman
    Laura Egerman

Date: 10/16/2025

Attorney for the Debtor

By: _____
    Ira A. Cohen

Date: 10/9/25